No. 95–7858.  MARUTZ v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 95–7859.  MILBRAND v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 95–7860.  McCRAY v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 95–7862.  RUGGLES v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 95–7865.  BEHRINGER v. JOHNSON, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION (two
judgments).  C. A. 5th Cir.  Certiorari denied.

No. 95–7866.  WILLIAMS v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 95–7870.  BAKER v. UNITED STATES.  C. A. 5th Cir.  Cer-
tiorari denied.

No. 95–7874.  CHAVEZ v. UNITED STATES.  C. A. 6th Cir.  Cer-
tiorari denied.

No. 95–7877.  RAMEY v. UNITED STATES.  C. A. 4th Cir.  Cer-
tiorari denied.

No. 95–7879.  ROSS v. UNITED STATES.  C. A. 11th Cir.  Cer-
tiorari denied.

No. 95–7883.  VEGA-SOTO v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 95–7890.  OWENS v. PHILLIPS, WARDEN.  C. A. 6th Cir.
Certiorari denied.

No. 95–7891.  ESPINAS v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 95–7897.  BAKER v. UNITED STATES.  C. A. 9th Cir.  Cer-
tiorari denied.

No. 95–7903.  CARR v. UNITED STATES.  C. A. 8th Cir.  Cer-
tiorari denied.